

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00918-CV

**IN THE INTEREST OF Z.O.M. AND K.R.M., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CI09446
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellants' brief and appendix were due to be filed by May 1, 2019. Appellants' brief was timely filed, but the appendix was filed at 12:01 a.m. on May 2, 2019. Later on May 2, 2019, appellants filed a Notice of Filing of Joint Appellants' Appendix, stating the appendix was late-filed due to "technical difficulties" and seeking guidance regarding whether appellants should file a motion for extension of time to file the appendix. In the interest of justice, it is ORDERED that appellants' late-filed appendix is accepted.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court